**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KIMBERLY CORLESS and JASON GOLDSTEIN, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>FARMER JON'S POPCORN, LLC,<br><br>              Defendant. | Case No. 1:25-cv-03304-VM<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

To: The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiffs Kimberly Corless and Jason Goldstein.

DATED: May 7, 2025                  **PEARSON WARSHAW, LLP**

                                                      By:  */s/ Melissa S. Weiner*
                                                              Melissa S. Weiner (NY. License No. 5547948)
                                                              328 Barry Avenue S., Suite 200
                                                              Wayzata, Minnesota 55391
                                                               (612) 389-0600
                                                               *mweiner@pwfirm.com*

                                                               *Attorney for Plaintiffs and the Putative Class*