Steven A. Lucia, Esq.
PHETERSON SPATORICO LLP
CULVER ROAD ARMORY
145 CULVER ROAD, SUITE 100
ROCHESTER, NY 14620
(585) 546-5600
steven.lucia@psnlawgroup.com
*Attorneys for Defendant Farmer John's Popcorn, L.L.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KIMBERLY CORLESS and JACOB GOLDSTEIN,
individually and on behalf of all others similarly situated,

                     Docket No.: 1:25-cv-03304-VM

                  Plaintiff,

-against-                      **RULE 7.1 STATEMENT**

FARMER JON'S POPCORN, L.L.C.,

                  Defendant.
_____

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, FARMER JON'S POPCORN, L.L.C. (a private non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. All of the members of Defendant reside in and are citizens of the State of New York and consist of: Derrick A. Spatorico and KMC Food Enterprise LLC (whose members are Peter Causyn and Fred Kulikowski).

Dated: May 20, 2025
       Rochester, New York

                                           Respectfully submitted,
                                           PHETERSON SPATORICO LLP

                                           By_____
                                           Steven A. Lucia (SL-0459)
                                           Culver Road Armory
                                           145 Culver Road, Suite 100
                                           Rochester, NY 14620
                                           T: (585) 546-5600
                                           F: (585) 730-8360