USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CORLESS et al., <br><br> Plaintiffs, <br><br> - against - <br><br> FARMER JON'S POPCORN, LLC, <br><br> Defendant. | 25 Civ. 3304(VM) <br><br> **ORDER** |

**VICTOR MARRERO**, United States District Judge.

The parties are directed to submit a joint letter no later than June 18, 2025, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated: May 28, 2025
       New York, New York

*Victor Marrero*
U.S.D.J.