USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CORLESS et al.,

            Plaintiffs,

- against -

FARMER JON'S POPCORN, LLC,

            Defendant.

**25-CV-3304 (VM)**

<u>**ORDER**</u>

---

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of the parties' letters concerning Defendant's contemplated motion for judgment on the pleadings. Defendant is hereby ordered to respond to Plaintiffs' October 24, 2025, letter (Dkt. No. 20) within seven (7) days of the date of this Order and to file its response on the docket.

    Within seven (7) days of the filing of Defendant's response, the parties shall advise the Court whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion for judgment on the pleadings and rule on the basis of those letters, or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule.

**SO ORDERED.**

Dated:   3 November 2025
        New York, New York

                                              Victor Marrero
                                              U.S.D.J.