

VIA ECF  
Honorable Victor Marrero  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, NY 10007-1312

Tuesday, November 18, 2025

     **Re:**    **Corless v. Farmer Jon's Popcorn, LLC; No.: 1:25-cv-03304-VM**

Dear Judge Marrero:

Further to my email dated November 17, 2025. This confirms that the parties have agreed to rely on their previously filed letter briefs in lieu of full briefing on Defendant's proposed motion to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12 (c).

                                            Respectfully,  
                                            PHETERSON SPATORICO LLP  
                                            By _____  
                                                Steven A. Lucia

Cc:    Kaliel Gold PLLC  
        Sophia G. Gold, Esq.  
        sgold@kalielgold.com  
        Melissa Weiner, Esq.  
        mweiner@pwfirm.com  
        Attorneys for Plaintiff  
        (VIA ECF)