UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CORLESS et al.,

                        Plaintiffs,

      -against-

FARMER JON'S POPCORN, LLC,

                        Defendant.

-----------------------------------------------------------------X

25-CV-03304 (VM)(SN)

**DISCOVERY
CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

**SARAH NETBURN, United States Magistrate Judge:**

       A conference to discuss the issues raised in the parties' joint letter filed at ECF No. 24 is scheduled for Tuesday, December 23, 2025, at 2:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at diljah_shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 16, 2025
                  New York, New York