UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIMBERLY CORLESS and JASON GOLDSTEIN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>FARMER JON'S POPCORN, LLC,<br><br>　　　　　Defendant. | Case No. 1:25-cv-03304-VM<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

To: The Clerk of Court and All Parties of Record

I am admitted *pro hac vice* to practice in this Court, and I appear in this case as counsel for Plaintiffs Kimberly Corless and Jason Goldstein.

DATED: December 22, 2025

　　　　　　　　　　　　　　　　　**PEARSON WARSHAW, LLP**

　　　　　　　　　　　　　　　By:　*/s/ Ryan T. Gott*
　　　　　　　　　　　　　　　　　Ryan T. Gott
　　　　　　　　　　　　　　　　　328 Barry Avenue S., Suite 200
　　　　　　　　　　　　　　　　　Wayzata, Minnesota 55391
　　　　　　　　　　　　　　　　　(612) 389-0600
　　　　　　　　　　　　　　　　　*rgott@pwfirm.com*

　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs and the Putative Class*