UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CORLESS et al.,

                Plaintiffs,

   -against-

FARMER JON'S POPCORN, LLC,

                Defendant.

------------------------------------------------------------X

25-CV-03304 (VM)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/2025

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a remote conference on Tuesday, December 23, 2025, to discuss the issues raised in their joint letter filed at ECF No. 24. As discussed during the conference, Defendant is ORDERED to supplement their production and interrogatory responses by no later than Friday, January 9, 2026. Defendant shall also provide Plaintiffs with potential deposition dates by no later than Friday, January 9, 2026.

      After Defendant provides its supplemental production and interrogatory responses, the parties are directed to meet and confer and ORDERED to file a joint status letter (of no more than three pages) updating the Court on whether there are any outstanding discovery issues by no later than Friday, January 23, 2026.

      Plaintiffs' request for attorneys' fees and costs is DENIED without prejudice. Plaintiffs' request for a two-month extension of the fact discovery deadline is also DENIED without prejudice.

      Further, by no later than Friday, January 2, 2026, the parties are directed to contact Courtroom Deputy Diljah Shaw, at diljah_shaw@nysd.uscourts.gov, to schedule a settlement

1

conference if they believe it would be productive. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   December 23, 2025
         New York, New York