**PW**
PEARSON WARSHAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2026
```

MELISSA S. WEINER
*direct* (612) 389-0601
MWEINER@PWFIRM.COM

January 21, 2026

**VIA CM/ECF**

The Honorable Sarah Netburn
United States Chief Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Kimberly Corless v. Farmer Jon's Popcorn LLC
  Case No.:  1:25-cv-03304-VM-SN
  Our File No.:  5886-00001

Dear Chief Magistrate Judge Netburn:

Pursuant to Paragraph 5 of the Procedures for Cases Referred For Settlement to Magistrate Judge Sarah Netburn, Plaintiffs Kimberly Corless ("Plaintiff Corless") and Jason Goldstein ("Plaintiff Goldstein") (collectively, "Plaintiffs") respectfully request that the Court permit them to appear remotely – *e.g.*, via telephone – at the Settlement Conference currently scheduled for Thursday, March 5, 2026 at 10:00 a.m. ET in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York [ECF No. 31].

Plaintiff Goldstein resides in Delray Beach, FL, which falls outside the 100-mile radius of the location of the settlement conference. It would be an undue hardship for him to travel and appear in-person for such a conference. Undersigned counsel for Plaintiff Goldstein has informed him of the Settlement Conference and he has confirmed and agreed he will be available remotely on March 5, 2026 to participate, and counsel have prepared him for the conference.

Plaintiff Corless resides in Sunnyside, NY. Although Plaintiff Corless resides within the 100-mile radius, it would be an undue hardship for her to attend in person because she is a single, individual class member representing the interests of the putative class members. While she is fiduciary to the class and prepared to participate in the settlement discussions, her personal attendance at the conference will not prevent the parties from making progress in the discussions. Undersigned counsel for Plaintiff Corless has informed her of the Settlement Conference and she has confirmed and agreed that she will be available remotely on March 5, 2026 to participate.

LOS ANGELES        SAN FRANCISCO        MINNEAPOLIS

PEARSON WARSHAW, LLP

The Honorable Sarah Netburn
January 21, 2026
Page 2

    Undersigned counsel for Plaintiffs and counsel for Defendant Farmer Jon's Popcorn, LLC have met and conferred regarding this Request. Defendant Farmer Jon's Popcorn, LLC has no objection to Plaintiffs appearing remotely for the Settlement Conference on March 5, 2026.

    Accordingly, undersigned counsel for Plaintiffs respectfully request that the Court grant this request for remote appearance for the named Plaintiffs.

Very truly yours,

PEARSON WARSHAW, LLP

*/s/ Melissa S. Weiner*

MELISSA S. WEINER

cc: All counsel of record

---

Plaintiffs' request is GRANTED. Plaintiffs' counsel should attend the March 5, 2026 settlement conference with telephone numbers where the Court can reach Ms. Corless and Mr. Goldstein for the duration of the conference.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: January 22, 2026
      New York, New York