

328 BARRY AVENUE S., SUITE 200
WAYZATA, MN 55391
*office* (612) 389-0600
*fax* (612) 389-0610
PWFIRM.COM

MELISSA S. WEINER
*direct* (612) 389-0601
MWEINER@PWFIRM.COM

January 23, 2026

**VIA CM/ECF**

The Honorable Sarah Netburn
United States Chief Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Corless, et al. v. Farmer Jon's Popcorn, L.L.C.*
    Case No.:    1:25-cv-03304-VM

Dear Chief Magistrate Judge Netburn:

Pursuant to the Court's December 23, 2025, Order (ECF No. 30), Plaintiffs Kimberly Corless and Jason Goldstein ("Plaintiffs") and Defendant Farmer Jon's Popcorn, L.L.C. ("Farmer Jon's" or "Defendant") met and conferred on January 23, 2026 and file the following joint status letter updating the Court on whether there are any outstanding discovery issues.

The parties are in agreement that Defendant served Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents on January 9, 2026. In addition, the parties are in agreement that Defendant made a supplemental document production on January 14, 2026. As of the date of this letter, the parties are working through some technical difficulties associated with some of the documents produced, but do not anticipate needing any Court involvement in resolving this issue.

During the January 23, 2026, Plaintiffs identified some limited deficiencies with Defendant's supplemental discovery responses and documents production. Defendant acknowledged the deficiencies with either a clarification of its responses or, where there was a misunderstanding as to the scope of a particular request, an agreement to search for additional responsive information and/or documentation.

As a result, the parties are continuing good faith efforts in the meet and confer process related to Plaintiffs' discovery requests and Defendant's responses and document

production thereto. The parties presently do not require the Court's assistance regarding discovery.

Respectfully Submitted,

**PEARSON WARSHAW, LLP**

*/s/ Melissa S. Weiner*

Melissa S. Weiner

mweiner@pwfirm.com

**PHETERSON SPATORICO LLP**

*/s/ Steven A. Lucia*

Steven A. Lucia

Steven.lucia@psnlawgroup.com

Cc:    All counsel of record (via ECF)